

# Fourth Court of Appeals
## San Antonio, Texas

September 11, 2013

No. 04-13-00567-CR

Michael Anthony **NEWMAN**,
Appellant

v.

The **STATE** of Texas,
Appellee

From the 25th Judicial District Court, Guadalupe County, Texas
Trial Court No. 11-1559-CR
The Honorable Dwight Peschel, Judge Presiding

**ORDER**

In accordance with this court's memorandum opinion of this date, this appeal is DISMISSED FOR WANT OF JURISDICTION.

It is so **ORDERED** on September 11, 2013.

Karen Angelini, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 11th day of September, 2013.

Keith E. Hottle, Clerk